LODGED

JUL 1 4 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

1: 1 6 CR 0 0 0 1 0 2 DAD

| DOCKET NUMBER (Tran. Court) |
|---|
| 0971 5:11CR00494-2 DLJ |

| DOCKET NUMBER (Rec. Court) |
|---|

| NAME AND CITY, STATE OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Job Hernandez | ND/CA | San Jose |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable D. Lowell Jensen | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 4/20/16 | TO 4/19/20 |

**OFFENSE**

21 U.S.C. §§ 841 (a)(1) and 841 (b)(1)(B)(viii) and 18 U.S.C. § 2 - Distribution of Methamphetamine, a Class B Felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Eastern District of California _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/22/2016
Date

Lucy H. Koh
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge